IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO LOPEZ SERNA,

    Plaintiff,

v.                                      CV 12-853 MV/WPL

DR. SHANNON, et al.,

    Defendants.

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before me on Serna's Motion for Prospective Relief. (Doc. 39.) Serna requests that the Court provide prospective relief by ordering that he be given pain medication—1500 mg of Neurontin twice a day—for his shoulder pain. (*Id.*) Serna previously filed a Motion for Prospective Relief requesting this medication at the specified dosage. (Doc. 13.) The Court issued a Memorandum Opinion and Order denying as moot his first Motion for Prospective Relief because the relief sought in the motion was already part of the complaint. (Doc. 21 at 4.) Serna requested "lifetime medical care" in his complaint. (Docs. 1, 6.) He also complained that his medication would be taken away. (Doc. 6 at 3.) Because the complaint already addresses Serna's medical care and medication, I recommend that the Court deny as moot Serna's second Motion for Prospective Relief.

> **THE PARTIES ARE NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the Proposed Findings and Recommended Disposition. If no objections are filed, no appellate review will be allowed.**

*William P. Lynch*
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.